1  Thiago Coelho, SBN 324715
   thiago@wilshirelawfirm.com
2  **WILSHIRE LAW FIRM**
3  3055 Wilshire Blvd., 12th Floor
   Los Angeles, California 90010
4  Telephone: (213) 381-9988
5  Facsimile: (213) 381-9989

6  *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated, | CASE NO.: 2:20-cv-02665-MWF-JC |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| CKE RESTAURANTS HOLDING, INC., dba CARL'S JR., a Delaware corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

NOTICE OF DISMISSAL
CASE NO.: 2:20-cv-02665-MWF-JC

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff by and through his undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually on behalf of Plaintiff with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: November 19, 2020                           Respectfully Submitted,

/s/ *Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: November 19, 2020                    /s/ Thiago M. Coelho
                                            Thiago M. Coelho